**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-269-07 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CARLA HUFF | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant Carla Huff on September 11, 2009 before Magistrate Judge Mark L. Hornsby is accepted by the Court, pursuant to the provisions of F.R.Cr.P. 11.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 29th day of October, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE